THE AULTMAN & TAYLOR COMPANY, Appellant, *v.* FREDERICK J. SYME et al., Respondents.

(Submitted October 1, 1900; decided October 23, 1900.)

Motion to amend remittitur denied, with ten dollars costs. (See 163 N. Y. 54.)

---

ANDREAS W. KETCHAM et al., Appellants, *v.* HENRY NEWMAN et al., Respondents.

*Ketcham* v. *Newman*, 42 App. Div. 621, appeal dismissed.
(Submitted October 15, 1900; decided October 23, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 6, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term.

The motion was made upon the ground that the appeal was not taken within one year after the final judgment was entered, and it should, therefore, be dismissed under section 1325 of the Code of Civil Procedure.

*Gordon M. Buck* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.